[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 07, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-10477
Non-Argument Calendar

_____

D. C. Docket No. 00-00131-CR-ORL-22-KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEMARCUS MILLER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(September 7, 2006)**

Before BLACK, BARKETT and COX, Circuit Judges.

PER CURIAM:

Peter Warren Kenny, counsel for Demarcus Miller, in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Miller's revocation of probation and sentence are **AFFIRMED**.